IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | MDL No. 1699 |
| DANIEL FARRIER, individually, | District Judge: Charles R. Breyer |
| Plaintiff, | Case No.: CASE NO. 3:07-cv-4817-CRB |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE** |
| PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., | |
| Defendants. | |

Comes now the Plaintiff and Defendants, by and through their undersigned attorneys, pursuant to the terms set forth in the confidential settlement term sheet (§II, ¶A, 3) and Federal Rule of Civil Procedure, Rule 41, and hereby stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 8th day of July, 2009.

Defendants

By: /s/ Michelle Sadowsky

Michelle W. Sadowsky, Esq.
DLA Piper LLP (USA)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4625 (office)
(212) 884-8675 (facsimile)

Attorney for the Defendants

Plaintiff

By: /s/ K.R.

B. Kristian W. Rasmussen, Esq.
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-324-7896 (facsimile)

Attorneys for Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 10th day of July, 2009, in San Francisco, California.

_____
CHARLES R. BREYER
United States



Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Michelle W. Sadowsky, Esquire